RECEIVED

2012 AUG -1  P 3:09

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | CASE NO. 12-CV-3970 ~~LB~~ RS<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Victor G. Hardy, whose business address and telephone number is DiNovo Price Ellwanger & Hardy LLP, 7000 North Mopac Expressway, Suite 350, Austin, Texas 78731, Telephone: (512) 681-4060, and who is an active member in good standing of the bar of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Software Rights Archive, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communications with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Oder No. 45, *Electronic Case Filing.*

DATED: 8/3/12

_____
The Honorable ~~Laurel Beeler~~ Richard Seeborg
United States ~~Magistrate~~ Judge
District

143948

1

12-CV-3970 LB

[~~Proposed~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*