| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 639-2222<br><br>Attorneys for Defendant<br>FACEBOOK, INC. | COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>MARK R. WEINSTEIN (193043)<br>(mweinstein@cooley.com)<br>LOWELL D. MEAD (SBN 223989)<br>lmead@cooley.com<br>CARRIE J. RICHEY (270825)<br>(crichey@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　Defendant, | Case No.　12-CV-3970 RMW<br>　　　　　　12-CV-3971 RMW<br>　　　　　　12-CV-3972 RMW<br><br>[CONSOLIDATED ACTIONS]<br><br>**[] ORDER REGARDING PRESENTATION OF DISCOVERY DISPUTES** |
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LINKEDIN CORPORATION,<br><br>　　　　Defendant, | Case No. 12-CV-3971-RMW |
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TWITTER, INC.,<br><br>　　　　Defendant. | Case No. 12-CV-3972-RMW |

The Court HEREBY ORDERS:

Magistrate Judge Lloyd's Standing Order Re: Civil Discovery Disputes shall apply to the above-captioned cases, except that the meeting of lead counsel as specified in Paragraph 2(C) of that Order may take place telephonically.

**IT IS SO ORDERED**

Dated: January 28, 2013

_____
Honorable Ronald M. Whyte
United States District Judge