1  W. PAUL SCHUCK (Cal. Bar No. 203717)
   *pschuck@bztm.com*
2  **BARTKO ZANKEL TARRANT & MILLER,**
     A Professional Corporation
3  900 Front Street, Suite 300
   San Francisco, California  94111
4  Telephone:  (415) 956-1900
   Facsimile:  (415) 956-1152
5
   VICTOR G. HARDY (admitted *pro hac vice*)
6  *vhardy@dpelaw.com*
   NICOLE E. GLAUSER (admitted *pro hac vice*)
7  *nglauser@dpelaw.com*
   CHESTER J. SHIU (admitted *pro hac vice*)
8  *cshiu@dpelaw.com*                                    <mark>ÈÒÈŽ²ŠÒÒÆ̉Æ̉E3Ì ⊞̈⊞ḦE</mark>
   **DINOVO PRICE ELLWANGER & HARDY LLP**
9  7000 North Mopac Expressway, Suite 350
   Austin, Texas  78731
10 Telephone:     (512) 539-2626
   Facsimile:     (512) 539-2627
11
   Attorneys for Plaintiff
12 SOFTWARE RIGHTS ARCHIVE, LLC

13
                     **UNITED STATES DISTRICT COURT**
14
                    **NORTHERN DISTRICT OF CALIFORNIA**
15
                           **SAN JOSE DIVISION**
16

17
   SOFTWARE RIGHTS ARCHIVE, LLC,          |  CASE NO. 12-CV-3970 RMW
18
                  Plaintiff,              |  **NOTICE OF CHANGE OF FIRM AND**
19                                        |  **SUBSTITUTION OF ATTORNEYS**
            vs.
20                                        |  **[] ORDER**
   FACEBOOK, INC.,
21
                  Defendant.
22

23

24

25

26

27

28

   151030
                                                          12-CV-3970 RMW
   ───────────────────────────────────────────────────────────
                      SUBSTITUTION OF ATTORNEYS

1    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

2             IT IS HEREBY STIPULATED THAT Plaintiff Software Rights Archive, LLC ("SRA")

3    herewith substitutes:

4                   W. Paul Schuck, Esq.
                   pschuck@bztm.com
5                   Bartko, Zankel, Tarrant & Miller, A Professional Corporation
                   900 Front Street, Suite 300
6                   San Francisco, California  94111
                   Telephone:  (415) 956-1900 / Facsimile:  (415) 956-1152

7    as counsel of record in place and instead of:

8
                   W. Paul Schuck, Esq.
9                   Thomas Whitelaw LLP
                   3 Embarcadero Center, Suite 1350
10                  San Francisco, California  94111
                   (415) 820-0400

11

12   in this matter.  SRA has been advised of and consents to this substitution.  DiNovo Price

13   Ellwanger & Hardy LLP shall also continue to represent SRA.

14   Dated: March 13, 2013

15           We Consent to the Foregoing Substitution.

16                                        THOMAS WHITELAW LLP

17                                        By:    */s/ Joseph E. Thomas*
                                                Joseph E. Thomas, Esq.
18

19           We Accept the Foregoing Substitution

20                                        BARTKO ZANKEL TARRANT & MILLER
                                         A Professional Corporation
21
                                         By:    */s/ W. Paul Schuck*
22                                              W. Paul Schuck

23

24                          **Attestation re: Electronic Signatures**

25           In compliance with Local Rule 5-1, I, W. Paul Schuck, the efiler of this document hereby

26   attest that each person whose signature block appears above has concurred in this filing.

27   Dated:  March 13, 2013                        /s/ W. Paul Schuck
                                                   W. Paul Schuck

28

151030
SUBSTITUTION OF ATTORNEYS

1

2                                    **[] ORDER**

3              PURSUANT TO STIPULATION, IT IS SO ORDERED:

4

5   DATED:        March 2̄7̄ , 2013

6

7                                    _____
                                     THE HONORABLE RONALD M. WHYTE
8                                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              SUBSTITUTION OF ATTORNEYS