W. PAUL SCHUCK (Cal. Bar No. 203717)
pschuck@bzbm.com
BARTKO, ZANKEL, BUNZEL & MILLER
A Professional Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

VICTOR G. HARDY (admitted *pro hac vice*)
vhardy@dpelaw.com
NICOLE E. GLAUSER (admitted *pro hac vice*)
nglauser@dpelaw.com
CHESTER J. SHIU (admitted *pro hac vice*)
cshiu@dpelaw.com
DINOVO PRICE ELLWANGER & HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

Attorneys for Plaintiff
SOFTWARE RIGHTS ARCHIVE, LLC

COOLEY LLP
HEIDI L. KEEFE (Cal. Bar No. 178960)
hkeefe@cooley.com
LOWELL D. MEAD (Cal. Bar No. 223989)
lmead@cooley.com
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | No. 12-CV-3970 RMW<br><br>**STIPULATED REQUEST TO ENLARGE TIME FOR CLAIM CONSTRUCTION DISCOVERY**<br><br>[~~PROPOSED~~] **ORDER** |

1   WHEREAS the Court conducted a Case Management Conference in this matter on
2 December 14, 2012 and set a schedule in this case after the hearing (Dkt. No. 39);
3   WHEREAS the parties, plaintiff Software Rights Archive, LLC ("SRA") and defendant
4 Facebook, Inc. ("Facebook"), have met and conferred, and agree that good cause exists to modify
5 the pre-*Markman* discovery schedule in this case;
6   WHEREAS the parties therefore propose the following modification of the schedule in this
7 case:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| SRA amendment of Patent L.R. 3-1 infringement contentions as to Facebook (upon showing of good cause); Exchange of Proposed Terms and Claim Elements for Construction (Pat. L.R. 4-1) (by plaintiff) | August 16, 2013 | September 16, 2013 |
| Facebook amendment of Patent L.R. 3-3 invalidity contentions (upon showing of good cause): Exchange of Proposed Terms and Claim Elements for Construction (Pat. L.R. 4-1) (by defendants) | August 30, 2013 | October 3, 2013 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Pat. L.R. 4-2) | September 13, 2013 | October 17, 2013 |
| Filing of Joint Claim Construction Chart and Prehearing Statement (Pat. L.R. 4-3) | October 11, 2013 | November 7, 2013 |
| Completion of Claim Construction Discovery | November 8, 2013 | November 21, 2013 |

  WHEREAS there have been no previous modifications of time in this case;
  WHEREAS the proposed modification of the schedule in this case will not affect the
schedule for claim construction briefing or hearing in this, or in any of the related cases (*SRA v.*

*LinkedIn, Inc.*, Case No. 12-3971 RMW; *SRA v. Twitter, Inc.*, Case No. 12-3972 RMW), set forth in the Court's January 28, 2013 Order (Dkt. No. 39). Claim construction briefing shall still commence on December 12, 2013;

  IT IS HEREBY STIPULATED by and between counsel for SRA and Facebook that, subject to the Court's approval, the case schedule shall be modified as set forth above to allow the just and efficient conduct of discovery. A [Proposed] Order with the proposed amended schedule is submitted herewith.

DATED: June 27, 2013      DINOVO PRICE ELLWANGER & HARDY LLP

By:  /s/ *Victor G. Hardy*
   Victor G. Hardy

BARTKO, ZANKEL, BUNZEL & MILLER

By:  /s/ *W. Paul Schuck*
   W. Paul Schuck

Attorneys for Plaintiff
SOFTWARE RIGHTS ARCHIVE, LLC

COOLEY LLP

By:  /s/ *Heidi L. Keefe*
   Heidi L. Keefe

Attorneys for defendant
FACEBOOK, INC.

**ATTESTATION OF E-FILER**

  In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

          /s/ *W. Paul Schuck*
          W. Paul Schuck

**[~~PROPOSED~~] ORDER**

HAVING CONSIDERED the parties' Stipulated Request to Enlarge Time for Claim Construction Discovery and, finding GOOD CAUSE, the following modifications are hereby made to the schedule in this case:

| **Event** | **Previous Deadline** | **New Deadline** |
|---|---|---|
| SRA amendment of Patent L.R. 3-1 infringement contentions as to Facebook (upon showing of good cause); <br><br> Exchange of Proposed Terms and Claim Elements for Construction (Pat. L.R. 4-1) (by plaintiff) | August 16, 2013 | September 13, 2013 |
| Facebook amendment of Patent L.R. 3-3 invalidity contentions (upon showing of good cause): <br><br> Exchange of Proposed Terms and Claim Elements for Construction (Pat. L.R. 4-1) (by defendants) | August 30, 2013 | October 3, 2013 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Pat. L.R. 4-2) | September 13, 2013 | October 17, 2013 |
| Filing of Joint Claim Construction Chart and Prehearing Statement (Pat. L.R. 4-3) | October 11, 2013 | November 7, 2013 |
| Completion of Claim Construction Discovery | November 8, 2013 | November 21, 2013 |

The remainder of the schedule set forth in the Court's January 28, 2013 Order (Dkt. No. 39) shall remain in effect.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: July 10, 2013

/s/ Ronald M. Whyte

The Honorable Ronald M. Whyte
United States District Judge