UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>        Defendant. | No. C-12-3970 RMW<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE DECLARATION OF GREG BOSCH IN SUPPORT OF DISCOVERY DISPUTE JOINT REPROT #2; AND GRANTING ADMINISTRATIVE MOTIONS TO FILE THE DECLARATION OF GREG BOSCH AND TO FILE DISCOVERY DISPUTE JOINT REPORT #2  UNDER SEAL**<br><br>[Re: Docket Nos. 51, 52] |

-1-

1   In conjunction with Discovery Dispute Joint Report #2, Plaintiff Software Rights Archive, LLC ("SRA") moves: **(1)** for leave to file the declaration of Greg Bosch ("Bosch Declaration") in support of Discovery Dispute Joint Report #2, Dkt. No. 52; **(2)** to file the unredacted version of the Bosch Declaration under seal, *id.*; and **(3)** to file the unredacted version of Discovery Dispute Joint Report #2 under seal, Dkt. No. 51.

Having reviewed the motions, the court GRANTS SRA's motion for leave to file the Bosch Declaration in support of Discovery Dispute Joint Report #2. The court finds the declaration helpful to understanding SRA's position in the discovery dispute.

The court further GRANTS SRA's administrative motions to file the unredacted versions of the Bosch Delcaration and the Discovery Dispute Joint Report #2 under seal. The court finds that SRA offers narrowly tailored redactions supported by declarations establishing that the redactions describe or are direct excerpts of Facebook's source code.

IT IS HEREBY ORDERED THAT:

The Clerk of the Court shall file the unredacted version of the parties' Discovery Dispute Joint Report #2 and the Bosch Declaration under seal pursuant to Civil L.R. 79-5. The redacted version of Discovery Dispute Joint Report #2 and the Bosch Declaration shall be filed in the public record within seven days of the date of this order.

IT IS SO ORDERED

DATED: July 10, 2013

_____
The Honorable Ronald M. Whyte
United States District Court Judge

-2-

ORDER RE: BOSCH DECLARATION AND SEALING MOTIONS
Case No. C-12-3970 RMW