UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br>Plaintiff,<br>v.<br>FACEBOOK, INC.,<br>Defendant. | Case No. C-12-3970 RMW |
| SOFTWARE RIGHTS ARCHIVE, LLC,<br>Plaintiff,<br>v.<br>LINKEDIN CORPORATION,<br>Defendant. | Case No. C-12-3971 RMW |
| SOFTWARE RIGHTS ARCHIVE, LLC,<br>Plaintiff,<br>v.<br>TWITTER, INC.,<br>Defendant. | Case No. C-12-3972 RMW<br>**ORDER RE STAY** |

The court notes that its original stay "continues until the court has had an opportunity to review the PTO's decision on whether or not to grant defendants' IPR petitions." Dkt. No. 82, at 11. The court also "order[ed] the parties to file a joint status report regarding the PTO's decision on whether or not to grant defendants' IPR petitions within two days of the PTO's decision." *Id*. Although the PTO has made its decisions to grant defendants' IPR petitions, it appears the parties

neglected to file the joint status report. Given that the PTO granted the IPR petitions, the court orders parties to file a joint status report by May 14, 2014 indicating whether there is any disagreement over the court entering the following stay: “The case is stayed until the PTO has issued its final decisions on all of the IPR petitions challenging the patents-in-suit, or further order of the court, whichever occurs first. The court orders the parties to file a joint status report forwarding the PTO’s final decisions within seven days of the conclusion of any IPR proceedings.”

Dated: May 8, 2014

Ronald M. Whyte

Honorable Ronald M. Whyte
United States District Judge