W. PAUL SCHUCK (Cal. Bar No. 203717)
*pschuck@bzbm.com*
**BARTKO, ZANKEL, BUNZEL & MILLER**
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorney for Plaintiff
SOFTWARE RIGHTS ARCHIVE, LLC

[Counsel for All Parties Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br>        Plaintiff,<br>   v.<br>FACEBOOK, INC.,<br>        Defendant. | Case No. 5:12-cv-03970 RMW<br>Case No. 5:12-cv-03971 RMW<br>Case No. 5:12-cv-03972 RMW |
| SOFTWARE RIGHTS ARCHIVES, LLC,<br>        Plaintiff,<br>   v.<br>LINKEDIN CORPORATION,<br>        Defendant. | **JOINT STATUS REPORT**<br><br>Dept.:     Courtroom 6<br>Judge:    Hon. Ronald M. Whyte |
| SOFTWARE RIGHTS ARCHIVES, LLC,<br>        Plaintiff,<br>   v.<br>TWITTER, INC.,<br>        Defendant. | |

Pursuant to the Court's June 11, 2014 Order regarding the stay, the parties hereby file this Joint Status Report. On January 29, January 30, and February 2, 2014, the Patent Trial and Appeal Board issued its final written decisions on all of the IPR petitions challenging the patents-in-suit. Those decisions are attached hereto as Exhibits A, B, C, & D.

Assuming no request for rehearing is filed, then the deadlines for a party to appeal the final decisions are: April 2, 2015 (for IPR2013-00481), April 3, 2015 (for IPR2013-00480), and April 6, 2015 (for IPR2013-00478 & IPR2013-00479). The parties hereby jointly request that the Court grant leave for the parties to file a supplemental joint status report, due within one week after the deadline for all appeals has expired, that sets forth the parties' position(s) regarding whether the Court should lift the stay in this action. A proposed form of Order is included below.

Dated: February 6, 2015                          DINOVO PRICE ELLWANGER & HARDY

                                           By:   */s/ Victor G. Hardy*
                                                 VICTOR G. HARDY (admitted *pro hac vice*)
                                                 *vhardy@dpelaw.com*
                                                 NICOLE E. GLAUSER (admitted *pro hac vice*)
                                                 *nglauser@dpelaw.com*
                                                 CHESTER J. SHIU (admitted *pro hac vice*)
                                                 *cshiu@dpelaw.com*
                                                 DINOVO PRICE ELLWANGER & HARDY LLP
                                                 7000 N. MoPac Expressway, Suite 350
                                                 Austin, Texas 78731
                                                 Telephone: (512) 539-2626
                                                 Facsimile: (512) 539-2627

                                                 Attorneys for Plaintiff
                                                 SOFTWARE RIGHTS ARCHIVE, LLC

| | | |
|---|---|---|
| Dated: February 6, 2015 | | KEKER & VAN NEST LLP |
| | By: | */s/ Sharif E. Jacob* |

                                              ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
ASIM M. BHANSALI - # 194925
abhansali@kvn.com
AJAY S. KRISHNAN - # 222476
akrishnan@kvn.com
SHARIF E. JACOB - # 257546
sjacob@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
TWITTER, INC., LINKEDIN CORP.

Dated: February 6, 2015                 COOLEY LLP

                               By:  */s/ Lowell Mead*
MICHAEL G. RHODES - # 116127
rhodesmg@cooley.com
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 639-2222

HEIDI L. KEEFE - # 178960
hkeefe@cooley.com
MARK R. WEINSTEIN - # 193043
mweinstein@cooley.com
LOWELL MEAD - # 223989
lmead@cooley.com
CARRIE J. RICHEY - # 270825
crichey@cooley.com
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
FACEBOOK, INC.

## ATTESTATION OF E-FILER

In compliance with Local Rule 5-1(i), the undersigned ECF user filing this document, hereby attests that all signatories of this document have concurred in the filing of this document.

*/s/ W. Paul Schuck*
W. Paul Schuck

[] **ORDER**

**IT IS SO ORDERED.**

Dated: _____, 2015

_____
THE HON. RONALD M. WHYTE
United States District Judge