UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC., et al.,<br><br>　　　　　Defendants. | Case No. 12-cv-03970-RMW  (PSG)<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I hereby recuse myself from hearing or determining any matters in the above case. The Clerk of Court shall remove the undersigned as referral judge and reassign the referred matters in this case to another Magistrate Judge.

**IT IS SO ORDERED.**

Dated: 2/4/2016

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　PAUL SINGH GREWAL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge