UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., et al.,<br><br>Defendants. | Case No. 12-cv-03970-HSG<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS LOCAL COUNSEL FOR PLAINTIFF**<br><br>Re: Dkt. No. 130 |
| SOFTWARE RIGHTS ARCHIVE LLC,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 12-cv-03971-HSG<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS LOCAL COUNSEL FOR PLAINTIFF**<br><br>Re: Dkt. No. 99 |
| SOFTWARE RIGHTS ARCHIVES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 12-cv-03972-HSG<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS LOCAL COUNSEL FOR PLAINTIFF**<br><br>Re: Dkt. No. 90 |

In each of these related cases, W. Paul Schuck ("Attorney Schuck") and Bartko Zankel Bunzel & Miller ("BZBM Firm") filed an unopposed motion to withdraw as local counsel for Plaintiff Software Rights Archive, LLC. *E.g.*, *Software Rights Archive, LLC v. Facebook, Inc.*, Case No. 12-cv-03970-HSG, Dkt. No. 130. Each motion also requests that Plaintiff's substitute local counsel be required to appear within 30 days. *E.g.*, *id.* Having carefully reviewed the motions and supporting declarations, the Court is convinced that Civil Local Rule 11-5(a)'s reasonable notice requirement is satisfied. Furthermore, no prejudice will result from granting the

motions because (A) the cases are currently stayed (*Facebook* and *Twitter*) or terminated (*Linkedin*); (B) several attorneys from Hardy Parrish Yang LLP ("Hardy Firm"), who have been admitted *pro hac vice*, will continue to represent Plaintiff; (C) the BZBM Firm has helped to identify substitute local counsel; and (D) Plaintiff consents to withdrawal. *See, e.g.*, *Facebook*, Case No. 12-cv-03970-HSG, Dkt. No. 130-1, Schuck Decl. ¶¶ 4–9; CA RPC Rule 3-700(A)(2) (reasonable steps to avoid of reasonably foreseeable prejudice to client); CA RPC Rule 3-700(C)(5) (permissive withdrawal with client's free consent). Finally, upon appearance of substitute local counsel, the *pro hac vice* requirements for the Hardy Firm's attorneys will remain satisfied. *See* Civ. L.R. 11-3(a)(3).

For the foregoing reasons, the Court hereby **GRANTS** the motion to withdraw filed in each of the related cases. The Court **ORDERS** SRA's substitute local counsel to appear within 30 days. In the meantime, leave to withdraw is subject to the condition that papers continue to be served on Attorney Schuck and the BZBM Firm until substitute local counsel appears. *See* Civ. L.R. 11-5(b).

**IT IS SO ORDERED.**

Dated: 6/15/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge