UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SOFTWARE RIGHTS ARCHIVE, LLC, | Case No. 12-cv-03970-HSG |
|---|---|
| Plaintiff, | **ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |
| v. | |
| FACEBOOK, INC., et al., | |
| Defendants. | |
| SOFTWARE RIGHTS ARCHIVES, LLC, | Case 12-cv-03972-HSG |
| Plaintiff, | **ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |
| v. | |
| TWITTER, INC., | |
| Defendant. | |

These two related cases[1] are currently stayed pending the completion of proceedings before the Patent Trial and Appeals Board ("PTAB"), or further order of the Court. *See, e.g.*, *Software Rights Archive, LLC v. Facebook, Inc.*, Case No. 12-cv-03970-HSG, Dkt. No. 106. In an email dated December 2, 2016, the PTAB indicated that it "has received the Federal Circuit's mandate, and will issue any necessary orders in due course." *See, e.g.*, *id.*, Dkt. No. 117-4 (Exhibit D to December 9, 2016 joint status report). The most recent joint status report, dated June 7, 2017, states that "[n]either the Patent Trial & Appeal Board nor the U.S. Patent & Trademark Office has taken any action in the relevant *inter partes* review proceedings since the parties' previous report [on] December 9, 2016." *See, e.g.*, *id.*, Dkt. No. 132.[2] The Court hereby **ORDERS** the parties to

---

[1] A third related case was terminated after entry of a stipulated dismissal on March 15, 2017. *See Software Rights Archives LLC v. Linkedin Corp.*, Case No. 12-cv-03971-HSG, Dkt. No. 98.
[2] This represents no change from the parties' most recent status report, filed on March 10, 2017. *See, e.g.*, *Facebook*, Case No. 12-cv-03970-HSG, Dkt. No. 132.

file a joint status report regarding the status of the PTAB proceedings either (1) within five days of the entry of any further order by PTAB or (b) on or before September 8, 2017 if the PTAB has not entered an order by that date.

**IT IS SO ORDERED.**

Dated: 6/15/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge