NICOLE E. GLAUSER (admitted *pro hac vice*)
nglauser@dpelaw.com
**DINOVO PRICE ELLWANGER LLP**
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

VICTOR G. HARDY (admitted *pro hac vice*)
vhardy@hpylegal.com
WILLIAM M. PARRISH (admitted *pro hac vice*)
bparrish@hpylegal.com
MINGHUI YANG (admitted *pro hac vice*)
myang@hpylegal.com
**HARDY PARRISH YANG, LLP**
4412 Spicewood Springs Rd., Suite 202
Austin, Texas 78759
Telephone: (512) 520-9407

Attorneys for Plaintiff
SOFTWARE RIGHTS ARCHIVE, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, <br><br> v. <br><br> FACEBOOK, INC., <br><br> SOFTWARE RIGHTS ARCHIVE, LLC, <br><br> v. <br><br> LINKEDIN CORPORATION, <br><br> SOFTWARE RIGHTS ARCHIVE, LLC, <br><br> v. <br><br> TWITTER, INC., | Case No. 12-CV-3970 RMW; <br> Case No. 12-CV-3971 RMW; and <br> Case No. 12-CV-3972 RMW <br><br> **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF SOFTWARE RIGHTS ARCHIVE, LLC** <br><br> Judge: The Hon. Haywood S. Gilliam, Jr. |

[PROPOSED ORDER] GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF SRA

1

Counsel Nicole E. Glauser and DiNovo Price Ellwanger LLP have moved for leave to withdraw as counsel for Plaintiff Software Rights Archive, LLC ("SRA") in each of these related cases: *SRA v. Facebook, Inc.,* Case No. 12-cv-3970 HSG; *SRA v. LinkedIn Corp.,* Case No. 12-cv-3971 HSG; and *SRA v. Twitter, Inc.,* Case No. 12-cv-3972 HSG (the "Related Cases").

Having considered counsel's Motion to Withdraw as counsel for Plaintiff SRA, and finding no prejudice or imposition of undue burden on any party or the Court, the Motion to Withdraw as Counsel is GRANTED.

ACCORDINGLY, IT IS HEREBY ORDERED that Nicole E. Glauser and DiNovo Price Ellwanger LLP are withdrawn as counsel of record for Plaintiff SRA in each of the Related Cases. The Clerk is instructed to remove Nicole E. Glauser and DiNovo Price Ellwanger LLP from the service list for *SRA v. Facebook, Inc.,* Case No. 12-cv-3970 HSG; *SRA v. LinkedIn Corp.,* Case No. 12-cv-3971 HSG; and *SRA v. Twitter, Inc.,* Case No. 12-cv-3972 HSG.

IT IS SO ORDERED.

DATED: _____ June 29, 2017

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

[PROPOSED ORDER] GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF SRA

2