UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., et al.,<br><br>Defendants. | Case No. 12-cv-03970-HSG<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |
| SOFTWARE RIGHTS ARCHIVES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 12-cv-03972-HSG |

These two related cases[1] are currently stayed pending the completion of proceedings before the Patent Trial and Appeals Board ("PTAB"), or further order of the Court. *See, e.g.*, *Software Rights Archive, LLC v. Facebook, Inc.*, Case No. 12-cv-03970-HSG, Dkt. No. 106. In an email dated December 2, 2016, the PTAB indicated that it "has received the Federal Circuit's mandate, and will issue any necessary orders in due course." *Id.*, Dkt. No. 117-4 (Exhibit D to December 9, 2016 joint status report). The most recent joint status report, dated September 8, 2017, states that "[n]either the Patent Trial & Appeal Board nor the U.S. Patent & Trademark Office has taken any action in the relevant *inter partes* review proceedings since the parties' previous report [on] June 7, 2017." *Id.*, Dkt. No. 139. The Court hereby **ORDERS** the parties to file a joint status report regarding the status of the PTAB proceedings either (1) within five days of the entry of any further

---

[1] A third related case was terminated after entry of a stipulated dismissal on March 15, 2017. *See Software Rights Archives LLC v. Linkedin Corp.*, Case No. 12-cv-03971-HSG, Dkt. No. 98.

order by PTAB or (b) on or before December 12, 2017 if the PTAB has not entered an order by that date.

**IT IS SO ORDERED.**

Dated: 9/11/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge