| | |
|---|---|
| MITCHELL + COMPANY<br>BRIAN E. MITCHELL (190095)<br>brian.mitchell@mcolawoffices.com<br>Four Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>Telephone: (415) 766-3514<br>Facsimile: (415) 402-0058<br><br>HARDY PARRISH YANG LLP<br>VICTOR G. HARDY (*pro hac vice*)<br>vhardy@hpylegal.com<br>MINGHUI YANG (*pro hac vice*)<br>myang@hpylegal.com<br>4412 Spicewood Springs Rd., Suite 202<br>Austin, TX 78759<br>Telephone: (512) 520-9407<br><br>Attorneys for Plaintiff<br>SOFTWARE RIGHTS ARCHIVE, LLC | COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>MARK R. WEINSTEIN (193043)<br>(mweinstein@cooley.com)<br>LOWELL MEAD (223989)<br>(lmead@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>Attorneys for Defendant FACEBOOK, INC.<br><br>KEKER, VAN NEST & PETERS LLP<br>DAVID J. SILBERT (173128)<br>dsilbert@keker.com<br>SHARIF E. JACOB (257546)<br>sjacob@keker.com<br>PHILIP J. TASSIN (287787)<br>ptassin@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>Attorneys for Defendant TWITTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>    Defendant.<br><br>SOFTWARE RIGHTS ARCHIVES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TWITTER, INC.<br><br>    Defendant. | Case No. 4:12-CV-03970-HSG<br>Case No. 4:12-CV-03972-HSG<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO APRIL 30, 2019**<br><br>Judge:    Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: July 27, 2012<br>Trial Date: Not set |

Pursuant to Civil L.R. 6-2 and 7-12, the undersigned parties hereby stipulate, subject to the Court's approval, to continue the case management conference in the above-captioned actions currently set for April 2, 2019 to April 30, 2019 at 2:00 p.m. due to pre-existing schedule conflicts of counsel.

This stipulation is supported by a declaration of counsel submitted herewith pursuant to Civil L.R. 6-2. On March 15, 2019, the Court scheduled this matter for a case management conference on April 2, 2019. As set forth in the declaration, the scheduled date conflicts with pre-existing commitments of counsel including a previously-scheduled dispositive motion hearing.

The parties have conferred and agree, subject to the Court's approval, to continue the case management conference to the Court's civil case management conference calendar on Tuesday, April 30, 2019 at 2:00 p.m.

The parties have not previously requested a continuance of this date. The requested continuance will not affect any existing scheduled dates in these actions.

A proposed form of order is included herewith.

Respectfully submitted,

Dated: March 19, 2019                              HARDY PARRISH YANG LLP

                                          By:  /s/ Minghui Yang
                                               VICTOR G. HARDY
                                               MINGHUI YANG

                                               Attorneys for Plaintiff
                                               SOFTWARE RIGHTS ARCHIVE, LLC

| | | |
|---|---|---|
| Dated: March 19, 2019 | | COOLEY LLP |
| | By: | /s/ Lowell D. Mead |
| | | HEIDI L. KEEFE |
| | | MARK R. WEINSTEIN |
| | | LOWELL MEAD |
| | | 3175 Hanover Street |
| | | Palo Alto, CA 94304-1130 |
| | | Telephone: (650) 843-5000 |
| | | Facsimile: (650) 849-7400 |
| | | |
| | | Attorneys for Defendant |
| | | FACEBOOK, INC. |

| | | |
|---|---|---|
| Dated: March 19, 2019 | | KEKER, VAN NEST & PETERS LLP |
| | By: | /s/ Sharif E. Jacob |
| | | DAVID SILBERT |
| | | SHARIF E. JACOB |
| | | PHILIP J. TASSIN |
| | | |
| | | Attorneys for Defendant |
| | | TWITTER, INC. |

## ATTESTATION

I, Lowell D. Mead, am counsel of record for Defendant, Facebook, Inc. I am the registered ECF user under whose name and password this document is being filed. Under Civil Local Rule 5-1(i), I attest that I have obtained the concurrence of each signatory to this filing.

/s/ Lowell D. Mead
Lowell D. Mead

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: <u>March 20, 2019</u>

Hon. Haywood S. Gilliam, Jr.
District Judge