MITCHELL + COMPANY
BRIAN E. MITCHELL (190095)
brian.mitchell@mcolawoffices.com
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3514
Facsimile: (415) 402-0058

HARDY PARRISH YANG LLP
VICTOR G. HARDY (*pro hac vice*)
vhardy@hpylegal.com
MINGHUI YANG (*pro hac vice*)
myang@hpylegal.com
4412 Spicewood Springs Rd., Suite 202
Austin, TX 78759
Telephone: (512) 520-9407

Attorneys for Plaintiff
SOFTWARE RIGHTS ARCHIVE, LLC

COOLEY LLP
HEIDI L. KEEFE (178960)
hkeefe@cooley.com
MARK R. WEINSTEIN (193043)
mweinstein@cooley.com
LOWELL MEAD (223989)
lmead@cooley.com
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant FACEBOOK, INC.

KEKER, VAN NEST & PETERS LLP
DAVID J. SILBERT (173128)
dsilbert@keker.com
SHARIF E. JACOB (257546)
sjacob@keker.com
PHILIP J. TASSIN (287787)
ptassin@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

SOFTWARE RIGHTS ARCHIVE, LLC,
Plaintiff,
v.
FACEBOOK, INC.,
Defendant.

SOFTWARE RIGHTS ARCHIVE, LLC,
Plaintiff,
v.
TWITTER, INC.,
Defendant.

Case No. 4:12-cv-03970 HSG
Case No. 4:12-cv-03972 HSG

**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO JUNE 25, 2019**

Judge: Hon. Haywood S. Gilliam

Date Filed: April 23, 2019
Trial Date: Not set

Pursuant to Civil L.R. 6-2 and 7-12, the undersigned parties hereby stipulate, subject to the Court's approval, to continue the case management conference in the above-captioned cases currently set for April 30, 2019 to June 25, 2019 at 2:00 p.m., due to conflicts of counsel that have arisen.

This stipulation is supported by a declaration of counsel submitted herewith pursuant to Civil L.R. 6-2. On March 15, 2019, the Court scheduled this matter for a case management conference on April 2, 2019. On March 20, 2019, this Court issued an order granting a stipulation continuing the case management conference to April 30, 2019. As set forth in the declaration, the scheduled date conflicts with a commitment that has arisen for Plaintiff's counsel.

The parties have conferred and agree, subject to the Court's approval, to continue the case management conference to the Court's civil case management conference calendar on Tuesday, June 25, 2019 at 2:00 p.m., which is the next civil case management calendar date that is available to all parties.

Plaintiff has not previously requested a continuance of this date. The requested continuance will not affect any existing scheduled dates in these cases.

A proposed form of order is filed herewith.

Respectfully submitted,

Dated: April 24, 2019

/s/ Minghui Yang
VICTOR G. HARDY
MINGHUI YANG
HARDY PARRISH YANG LLP

Attorneys for Plaintiff SOFTWARE RIGHTS ARCHIVE, LLC

Dated: April 24, 2019

/s/ Lowell Mead
HEIDI L. KEEFE
MARK R. WEINSTEIN
LOWELL MEAD
COOLEY LLP

Attorneys for Defendant FACEBOOK, INC.

Dated: April 24, 2019

/s/ Sharif Jacob
DAVID J. SILBERT
SHARIF E. JACOB
PHILIP J. TASSIN
KEKER, VAN NEST & PETERS LLP

Attorneys for Defendant TWITTER, INC.

**ATTESTATION**

I, Minghui Yang, am counsel for SRA in the above-captioned actions. I am the registered ECF user under whose name and password this document is being filed. Under Civil Local Rule 5-1(i), I attest that I have obtained the concurrence of each signatory to this filing.

/s/ Minghui Yang
Minghui Yang

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 4/25/2019

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Haywood S. Gilliam Jr.

Hon. H
Distric