NIELSEN PATENTS
STEVEN NIELSEN (133864)
steve@NielsenPatents.com
100 Larkspur Landing Circle, Suite 216
Larkspur, CA 94939-1743
Telephone: (415) 272-8210

HARDY PARRISH YANG LLP
VICTOR G. HARDY (*pro hac vice*)
vhardy@hpylegal.com
MINGHUI YANG (*pro hac vice*)
myang@hpylegal.com
4412 Spicewood Springs Rd., Suite 202
Austin, TX 78759
Telephone: (512) 520-9407

Attorneys for Plaintiff
SOFTWARE RIGHTS ARCHIVE, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br>    Plaintiff,<br>v.<br>FACEBOOK, INC.,<br>    Defendant.<br><br>SOFTWARE RIGHTS ARCHIVE, LLC,<br>    Plaintiff,<br>v.<br>TWITTER, INC.,<br>    Defendant. | Case No. 4:12-cv-03970 HSG<br>Case No. 4:12-cv-03972 HSG<br><br>**[PROPOSED] ORDER RE PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR JUDGMENT ON THE PLEADINGS**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

1  Before the Court is Plaintiff's Unopposed Motion for Extension of Time to Respond to
2  Defendants' Motions for Judgment on the Pleadings. Having considered the Motion, the
3  Declaration of Minghui Yang in support of the same, and finding GOOD CAUSE APPEARING,
4  the motion is GRANTED.
5  IT IS HEREBY ORDERED THAT the deadline for SRA to file its Opposition to
6  Defendants' Motions for Judgment on the Pleadings will be extended up to and including June 21,
7  2019.

IT IS SO ORDERED.

Dated: 6/11/2019

*Haywood S. Gilliam, Jr.*

The Honorable Haywood S. Gilliam, Jr.

United States District Court Judge