UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br>Plaintiff,<br>v.<br>FACEBOOK, INC.,<br>Defendant. | Case No. 4:12-cv-03970-HSG<br>**~~[PROPOSED]~~ ORDER RE DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br>Judge: Hon. Haywood S. Gilliam, Jr. |
| SOFTWARE RIGHTS ARCHIVES, LLC,<br>Plaintiff,<br>v.<br>TWITTER, INC.<br>Defendant. | Case No. 4:12-CV-03972-HSG |

The Court, having considered the Defendants' Unopposed Motion to Extend Time to Respond to Plaintiff's First Amended Complaint, is hereby granted:

The deadline for the Defendants to respond to Plaintiff's First Amended Complaint is hereby extended to August 27, 2019.

Dated: 8/13/2019

Haywood S. Gilliam, Jr.
The Hon. Haywood S. Gilliam, Jr.
United States District Judge