UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendants. | Case No. 12-cv-03970-HSG<br><br>**SCHEDULING ORDER**<br><br>Re: Dkt. No. 184 |
| SOFTWARE RIGHTS ARCHIVES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 12-cv-03972-HSG<br><br>Re: Dkt. No. 140 |

The parties submitted proposed schedules on August 5, 2019. *See* Case No. 4:12-cv-3970-HSG, Dkt. No. 184; Case No. 4:12-cv-3972-HSG, Dkt. No. 140. Having considered the parties' proposed schedules, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Plaintiff's Motion to Amend Claim Election | September 6, 2019 |
| Defendants' Motion for Judgment on the Pleadings | September 20, 2019 |
| Defendants' Opposition to Plaintiff's Motion to Amend Claim Election | September 27, 2019 |
| Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings | October 4, 2019 |

| Event | Date |
|---|---|
| Plaintiff's Reply in Support of Motion to Amend Claim Election | October 11, 2019 |
| Defendants' Reply in Support of Motion for Judgment on the Pleadings | October 18, 2019 |
| Hearing on Plaintiff's Motion to Amend Claim Election and Defendants' Motion for Judgment on the Pleadings | November 21, 2019 at 2:00 p.m. |

In light of this order, the deadlines set in the Court's previous scheduling order, Docket Number 159 in Case No. 4:12-cv-3970-HSG and Docket Number 113 in Case No. 4:12-cv-3972-HSG, are **VACATED**. The parties should be prepared at the November 21, 2019 hearing to discuss a prompt schedule for claim construction in the event the case proceeds. The Court envisions a claim construction hearing (if necessary) by no later than June 2020 under any circumstances.

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order. This order terminates Docket Numbers 160 and 184 in Case No. 4:12-cv-3970-HSG and Docket Numbers 114 and 140 in Case No. 4:12-cv-3972-HSG.

**IT IS SO ORDERED.**

Dated: 8/14/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge