UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　Defendant. | Case No. 12-cv-03970-HSG (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 192 |

The Court has reviewed Software Rights Archive's ("SRA's") motion to compel, Facebook's opposition, and SRA's reply. ECF Nos. 192, 202, 204. The motion is **DENIED WITHOUT PREJUDICE** because the parties have not adequately met and conferred. The Court **ORDERS** the parties to meet and confer, and if they are not able to resolve their dispute, to submit a joint discovery letter brief pursuant to the undersigned's Discovery Standing Order. As stated in the standing order, "counsel for each party shall meet and confer in person, or, if counsel are located outside the Bay Area, by telephone, to attempt to resolve their dispute informally. A mere exchange of letters, e-mails, telephone calls or facsimile transmissions does not satisfy the meet and confer requirement." There must be a live conversation.

**IT IS SO ORDERED.**

Dated: September 25, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge