**DINOVO PRICE LLP**
ANDREW G. DINOVO (admitted *pro hac vice*)
adinovo@dinovoprice.com
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

**NIELSEN PATENTS**
Steven Nielsen (133864)
steve@nielsenpatents.com
1000 Larkspur Landing Circle, Suite 21
Larkspur, CA 94939-1743
Telephone: (415) 272-8210

Attorneys for Plaintiff
SOFTWARE RIGHTS ARCHIVE, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 4:12-cv-03970-HSG <br><br> **STIPULATION AND ORDER REGARDING ADMINISTRATIVE MOTION TO EXTEND PAGE LIMITATIONS TO BRIEFING FOR DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS OF INVALIDITY UNDER 35 U.S.C. § 101** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. Date: N/A <br> Time: N/A <br> Location: Courtroom 2, 4th Floor |

Pursuant to Civil Local Rules 7-11 and 7-12, the undersigned parties hereby stipulate to extend the page limitations to briefing for Defendant Facebook, Inc.'s Motion for Judgment on the Pleadings of Invalidity Under 35 U.S.C. § 101 ("Defendant's Motion") (Dkt. No. 205).

The parties have conferred and agree, subject to the Court's approval, that Plaintiff shall have an additional three (3) pages for its Opposition to Defendant's Motion and similarly, Defendant Facebook an additional three (3) pages applicable to its Reply. Accordingly, and if granted by the Court, the page limitations would be extended as follows: (1) the page limit for Plaintiff's Opposition to Defendant's Motion shall be extended to twenty-eight (28) total pages and (2) the page limit for Defendant's reply brief shall be extended to eighteen (18) total pages.

A proposed form of order is filed herewith.

Respectfully submitted,

DATED: September 27, 2019

*/s/ Andrew G. DiNovo*
Andrew G. DiNovo (admitted *pro hac vice*)
adinovo@dinovoprice.com
DINOVO PRICE, LLP
7000 N. MoPac Expressway, Ste. 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

Attorneys for Plaintiff
SOFTWARE RIGHTS ARCHIVE, LLC

DATED: September 27, 2019

*/s/ Lowell Mead*
Heidi L. Keefe (178969)
hkeefe@cooley.com
Mark R. Weinstein (193043)
mweinstein@cooley.com
Lowell Mead (223989)
lmead@cooley.com
Matthew E. Buccellato (296079)
mbuccellato@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130

Michael G. Rhodes
rhodesmg@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800

Attorneys for Defendant
FACEBOOK, INC.

**ATTESTATION**

I, Andrew G. DiNovo, am counsel for SRA in the above-captioned actions. I am the registered ECF user under whose name and password this document is being filed. Under Civil Local Rule 5-1(i), I attest that I have obtained the concurrence of each signatory to this filing.

*/s/ Andrew G. DiNovo*
Andrew G. DiNovo (admitted *pro hac vice*)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 9/30/2019

*[signature: Haywood S. Gilliam Jr.]*
Hon. Haywood S. Gilliam, Jr.
District Judge