AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

SOFTWARE RIGHTS ARCHIVE, LLC

Plaintiff (s),

v.

FACEBOOK, INC.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:12-cv-03970-HSG

Notice is hereby given that, subject to approval by the court, __Software Rights Archive, LLC__ (Party (s) Name) substitutes __Andrew G. DiNovo__ (Name of New Attorney), State Bar No. __00790594 (TX) Admitted Pro Hac Vice__ as counsel of record in place of __William M. Parrish and Minghui Yang__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: DiNovo Price LLP
- Address: 7000 N. MoPac Expressway, Suite 350, Austin, Texas 78731
- Telephone: (512) 539-2626    Facsimile (512) 539-2627
- E-Mail (Optional): adinovo@dinovoprice.com

I consent to the above substitution.
Date: 10/9/19

Mark Mancinelli
(Signature of Party (s))

I consent to being substituted.
Date: 10/9/19

(Signature of Former Attorney (s))

10/10/19

I consent to the above substitution.
Date: 09/30/2019

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/15/2019

Haywood S. Gilliam Jr.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]