UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOFTWARE RIGHTS ARCHIVE, LLC,
    Plaintiff,

v.

FACEBOOK, INC.,
    Defendant.

Case No. 12-cv-03970-HSG

**JUDGMENT**

Judgment is hereby entered consistent with the Court's Order Granting Facebook's Motion for Judgment on the Pleadings,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 9th day of September, 2020.

Susan Y. Soong
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.