**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 4:12-cv-03970-HSG <br><br> **ORDER DENYING PLAINTIFF'S MOTION TO EXTEND TIME TO SEEK COSTS AND FEES PURSUANT TO CIVIL L.R. 6-3 AND L.R. 54-4** <br><br> Judge:   Hon. Haywood S. Gilliam, Jr. |

The Court, having reviewed the papers submitted by the parties in connection with Plaintiff Software Rights Archive, LLC's ("SRA") Motion to Extend Time to Seek Costs and Fees Pursuant to Civil L.R. 6-3 and L.R. 54-4, and good cause being shown,

IT IS HEREBY ORDERED THAT:

SRA'S Motion to Extend Time to Seek Costs and Fees Pursuant to Civil L.R. 6-3 and L.R. 54-4 is GRANTED. The time for filing a bill of costs or a motion for attorney fees under any basis, including 35 U.S.C. § 285, Fed. R. Civ. P. 54(d), Fed. R. Civ. P. 11, and Local Rule CV-54, shall be extended until thirty days after the Federal Circuit's issuance of the mandate regarding SRA's appeal of this Court's final judgment, or thirty days after the time to file an appeal has expired. All motions and bills relating thereto are suspended until after the Federal Circuit's issuance of the mandate regarding SRA's appeal of this Court's final judgment, after the time to file an appeal has expired.

IT IS SO ORDERED

Dated: 9/23/2020

**DENIED**

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE