**DINOVO PRICE LLP**
ANDREW G. DINOVO (admitted *pro hac vice*)
adinovo@dinovoprice.com
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

**NIELSEN PATENTS**
Steven Nielsen (133864)
steve@nielsenpatents.com
1000 Larkspur Landing Circle, Suite 21
Larkspur, CA 94939-1743
Telephone: (415) 272-8210

Attorneys for Plaintiff
SOFTWARE RIGHTS ARCHIVE, LLC

**COOLEY LLP**
HEIDI L. KEEFE (178960)
hkeefe@cooley.com
MARK R. WEINSTEIN (193043)
mweinstein@cooley.com
LOWELL D. MEAD (223989)
lmead@cooley.com
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 4:12-cv-03970-HSG<br><br>**JOINT STIPULATION AND ORDER REGARDING BILL OF COSTS**<br><br>Judge:    Hon. Haywood S. Gilliam, Jr.<br>Date:     N/A<br>Time:     N/A<br>Location: Courtroom 2, 4th Floor |

1    Plaintiff Software Rights Archive, LLC ("SRA") and Defendant Facebook, Inc. ("Facebook") jointly submit this stipulation and proposed order regarding the bill of costs filed by Facebook on September 23, 2020 (Dkt. No. 236) ("Bill of Costs") following entry of judgment on September 9, 2020 (Dkt. No. 231).  The parties hereby stipulate as follows, subject to the approval of the Court:

WHEREAS, Facebook submitted its Bill of Costs seeking costs totaling $10,160.68;

WHEREAS, SRA notified Facebook of objections to certain items in the Bill of Costs;

WHEREAS, in the interests of judicial economy for the Court and parties, the parties have negotiated and agreed as a compromise, subject to the approval of the Court and the reservation of rights set forth herein, to an amended bill of costs that replaces the Bill of Costs and sets forth a reduced cost request totaling $9,486.92 ("Amended Bill of Costs");

WHEREAS, the Amended Bill of Costs is submitted herewith as Exhibit A;

WHEREAS, upon entry of order approving this stipulation, an award of costs shall be deemed taxed in the amount of $9,486.92 consistent with the Amended Bill of Costs; and

WHEREAS, in the event that the judgment in favor of Facebook is subsequently reversed or vacated by this Court or by an appellate court, this stipulation and the taxation of any costs and/or any other judgment or order pertaining to the Amended Bill of Costs shall be rendered null and void or vacated.

A proposed order is submitted herewith.

DATED:  October 7, 2020        Respectfully submitted,

By: */s/Andrew G. DiNovo*  .
Andrew G. DiNovo (admitted *pro hac vice*)
*adinovo@dinovoprice.com*
DINOVO PRICE, LLP
7000 N. MoPac Expressway, Ste. 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

ATTORNEYS FOR PLAINTIFF
SOFTWARE RIGHTS ARCHIVE, LLC

1  Dated: October 6, 2020                    Respectfully submitted,

2                                             /s/ *Heidi L. Keefe*
                                              COOLEY LLP
3                                             Heidi L. Keefe (178960)
                                              hkeefe@cooley.com
4                                             Mark R. Weinstein (193043)
                                              mweinstein@cooley.com
5                                             Lowell Mead (223989)
                                              lmead@cooley.com
6                                             3175 Hanover Street
                                              Palo Alto, CA 94304-1130
7                                             Telephone:    (415) 391-5400
                                              Facsimile:    (415) 397-7188
8
9                                             Attorneys for Defendant
                                              FACEBOOK, INC.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Pursuant to the parties' stipulation, it is hereby SO ORDERED.

4  Dated: 10/8/2020

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE