UNITED STATES DISTRICT COURT

Northern DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>              Plaintiff,<br>   v.<br><br>FACEBOOK, INC.,<br><br>              Defendant. | Case No. 4:12-cv-03970 HSG<br><br>**ORDER GRANTING FACEBOOK'S UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL AWARD OF ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Date: December 10, 2020<br>Time: 2:00 p.m.<br>Courtroom 2, 4th Floor |

The Court, having reviewed Facebook's Unopposed Motion to Extend Time to File Reply In Support of its Motion for Partial Award of Attorneys' Fees Pursuant to 35 U.S.C § 285, is hereby granted:

The deadline for Facebook to file its Reply In Support of its Motion for Partial Award of Attorneys' Fees Pursuant to 35 U.S.C § 285 is hereby extended to November 18, 2020.

Dated: 11/6/2020

                                                                */s/ Haywood S. Gilliam, Jr.*<br>
                                                                Hon. Haywood S. Gilliam, Jr.<br>
                                                                United States District Judge